IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40116
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JASON GREGORY NOBLE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CR-93-ALL
--------------------
June 29, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Jason Noble appeals his sentence following his guilty-plea conviction for making a false statement when obtaining a firearm. He argues that the two guns he pawned and was attempting to retrieve were solely for hunting purposes and that the district court should have reduced Noble's offense level by six levels in accordance with U.S.S.G. § 2K2.1(b)(2).

We review the district court's finding whether the firearms were possessed solely for legitimate sporting or collection purposes for clear error.  See United States v. Shell, 972 F.2d

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

548, 550, 553 (5th Cir. 1992).  The district court's finding that the firearms were not solely for hunting, as alleged by Noble, was sufficiently supported by the presentence report and the record.  The district court's refusal to grant an offense level adjustment based upon U.S.S.G. § 2K2.1(b)(2) was not clear error.

AFFIRMED.